# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131501-2 & (63)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MSX INTERNATIONAL ENGINEERING
SERVICES, INC.,
    Plaintiff-Appellant,

v

              SC: 131501
              COA: 259096
              Oakland CC: 2004-056473-CK

LINDSAY FAMILY LIMITED PARTNERSHIP,
    Defendant-Appellee.

_____

LINDSAY FAMILY LIMITED PARTNERSHIP,
    Plaintiff-Appellee,

v

              SC: 131502
              COA: 259561
              Oakland CC: 2004-056606-CK

MSX INTERNATIONAL ENGINEERING
SERVICES, INC.,
    Defendant-Appellant.
_____/

   On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the May 16, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

s1023

                Clerk